# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155657(115)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TIMOTHY E. WHITEUS,
        Defendant-Appellant.

SC: 155657
COA: 329456
Wayne CC: 14-001097-FH

_____/

      On order of the Chief Justice, the motion of defendant-appellant to exceed the page limit restriction for his reply is GRANTED. The reply submitted on May 19, 2017, is accepted for filing.+



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2017



Clerk